Edward M. Goldenhersh, Scott J. Golde, Wendy M. Schumacher, Greensfelder, Hemker & Gale, P.C., St. Louis, for Appellant.

Daniel S. Peters, Bryan C. Bacon, Herzog, Crebs & McGhee, LLP, St. Louis, for Respondent.

Before GARY M. GAERTNER, P.J. and PAUL J. SIMON and JAMES R. DOWD, JJ.

### ORDER

PER CURIAM.

Wilson Trophy Company, Inc. (Wilson Trophy) appeals the judgment of the Circuit Court of St. Louis County denying its motion to compel arbitration of an action for severance benefits by Stuart Leventhal, plaintiff, a former Vice President and General Manager of Wilson Trophy.

We have reviewed the briefs of the parties and the record on appeal and find no error of law. As an extended opinion would have no precedential value, we affirm the judgment pursuant to Rule 84.16(b).

Craig A. Johnston, Asst. Public Defender, Columbia, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Daniel W. Follett, Asst. Atty. Gen., Jefferson City, for respondent.

Before GARY M. GAERTNER, P.J., PAUL J. SIMON, and JAMES R. DOWD, JJ.

### ORDER

PER CURIAM.

Defendant, Ledale Nathan, appeals judgment of the Circuit Court of St. Louis County rejecting his *Batson* challenge following a hearing pursuant to an order of this court remanding the cause for a *Batson* hearing in accordance with the procedure in *State v. Parker*, 836 S.W.2d 930, 939 (Mo.banc 1992). Defendant also renews his appeal as to his first point, which is directed to the alleged plain error of the trial court in sentencing him as a prior and persistent offender.

We have reviewed the briefs of the parties and the record on appeal and find no error of law. As an extended opinion would have no precedential value, we affirm the judgment pursuant to Rule 30.25(b).

**STATE of Missouri, Respondent,**

v.

**Ledale NATHAN, Appellant.**

No. ED 74085.

Missouri Court of Appeals, Eastern District, Division One.

June 27, 2000.

**Kathy CASTOR, Appellant,**

v.

**STATE of Missouri, DEPARTMENT OF SOCIAL SERVICES, DIV. OF CHILD SUPPORT ENFORCEMENT and Robert Castor, Respondents.**

No. 22881.

Missouri Court of Appeals, Southern District, Division One.

June 29, 2000.